UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TERRELL VASHON, ROSS

       Petitioner,

v.                               Case No. 2:09-cv-75
                               HON. R. ALLAN EDGAR

BARRY DAVIS,

       Respondent.

_____/

**MEMORANDUM  AND  ORDER**

       Petitioner Terrell Vashon Ross, a Michigan state prisoner in the custody of the Michigan Department of Corrections, filed a petition for writ of habeas corpus under 28 U.S.C. § 2254.  On July 12, 2011, Magistrate Judge Timothy P. Greeley submitted his report and recommendation. [Doc. No. 20].  It is recommended that the habeas petition be denied and dismissed with prejudice, and that a certificate of appealablity be denied under 28 U.S.C. § 2253(c)(2).

       Petitioner Ross has not timely filed any objections to the report and recommendation.  After reviewing the record, the Court **ACCEPTS and ADOPTS** the report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and W.D. Mich. LCivR 72.3(b).  The Court concludes that the habeas petition brought under 28 U.S.C. § 2254 is without merit.  The habeas petition shall be **DENIED and DISMISSED WITH PREJUDICE**.

       If petitioner Ross files a notice of appeal, it will be treated as an application for a certificate of appealability which shall be **DENIED** pursuant to 28 U.S.C. § 2253(c)(2); Fed. R. App. P.

1

22(b)(1); and *Slack v. McDaniel*, 529 U.S. 473, 484 (2000), for the same reasons expressed in the report and recommendation.  Petitioner Ross has not made a substantial showing of the denial of a federal constitutional right.  Reasonable jurists could not find that dismissal of the habeas petition is debatable or erroneous.

The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(3) and Fed. R. App. P. 24(a) that any appeal from the decision and judgment in this case would be frivolous and not taken in good faith.

A separate judgment will enter.

SO ORDERED.

Dated: August 5, 2011.


*/s/    R. Allan Edgar*
R. ALLAN EDGAR
UNITED STATES DISTRICT JUDGE

2